FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  MAR 30 2012  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VINCENT MASINO, KEITH LOSCALZO, FRANCISCO FERNANDEZ, PHILIP A. FAICCO, JAMES KILKENNY, and EDWARD DRAGO, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL, IMPROVEMENT AND TRAINING FUNDS,

        Plaintiffs,

-against-

MANCO ENTERPRISES, INC.,

        Defendant.

10-CV-2428 (ARR) (MDG)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

-----------------------------------------------------------------

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 12, 2012 from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, I have reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation in its entirety as the opinion of the Court, pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiffs' motion for a default judgment and awards damages in the amount of $23,971.79, comprised of $2,319.32 in pre-judgment interest, $18,927.97 in liquidated damages, $2,374.50 in attorneys' fees, and $350.00 in court costs. The Clerk of Court is directed to enter judgment accordingly. Plaintiffs are directed to serve a copy of this order

upon defendant at its last known address and to file proof of service with the court.

    SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated:       March 30, 2012
                Brooklyn, New York